# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 30, 2015 |
| Court Reporter: Janet Coppock | Time: one hour and 18 minutes |
| Probation Officer: Kyla Hamilton | Interpreter: n/a |

**CASE NO. 14-CR-00096-PAB-26**

<u>Parties</u>                                                          <u>Counsel</u>

**UNITED STATES OF AMERICA,**                    Stephanie Podolak

      Plaintiff,

vs.

**26.  SERVANDO GANDARA-CHAVEZ,**          David Koppa

      Defendant.

## SENTENCING

**3:36 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement, the Presentence Report and its Addendum are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
14-CR-00096-PAB-26
October 30, 2015

Court and counsel address the defendant's objections to the presentence report.

Argument by Ms. Podolak in support of the Government's Motion for a Sentence Reduction Pursuant to Section 5K1.1 of the Sentencing Guidelines and Title 18, United States Code, Section 3553(a).  Questions by the Court.

Argument by Mr. Koppa.

**ORDERED:** Government's Motion for a Sentence Reduction Pursuant to Section 5K1.1 of the Sentencing Guidelines and Title 18, United States Code, Section 3553(a) [Docket No. 1227], is **GRANTED** as stated on the record.

Mr. Koppa addresses sentencing.

Ms. Podolak addresses sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **April 15, 2015** to count **Fifty-Three of the Second Superseding Indictment.**

**ORDERED:**  Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **8** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Colorado**.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

Page Three
14-CR-00096-PAB-26
October 30, 2015

- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release are:
- (**X**) Defendant shall submit in person his person, property, residence, residence papers or office a search to the United States probation officer.  Failure to submit it a search may be grounds for revocation of release. Defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that Mr. Russell has violated a condition of his supervision and that the areas to be 1searched contain evidence this of this violation.  Any search must be conducted as a reasonable time and in a reasonable manner.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion for Application of the Third Point for Acceptance of Responsibility [Docket No. 1228], is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Remaining Counts [Docket No.1226], is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

Page Four
14-CR-00096-PAB-26
October 30, 2015

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Court will hear argument as to why the defendant should not be remanded, pursuant to 18 United States Code 3145 (c).

Argument by Mr. Koppa.

Comments by Ms. Podolak.

**ORDERED:**  Defendant's request for voluntary surrender is **DENIED**.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**4:54 p.m.    COURT IN RECESS**

**Total in court time: 78 minutes**

**Hearing concluded**