IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00096-PAB-26

UNITED STATES OF AMERICA,

       Plaintiff,

v.

26.    SERVANDO GANDARA-CHAVEZ

       Defendant.

---

**ORDER**

---

This matter is before the Court on the United States' Motion to Dismiss

Remaining Counts [Docket No. 1226]. The Court has reviewed the pleading and is fully

advised in the premises. It is

**ORDERED** that the Motion to Dismiss Remaining Counts [Docket No. 1226] is

granted. Counts Two and Fifty-six of the Second Superseding Indictment are

dismissed as to defendant Servando Gandara-Chavez only.

       DATED October 30, 2015.

                          BY THE COURT:

                          PHILIP A. BRIMMER
                          United States District Judge